No. 90–674. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 406, ET AL. v. GUIDRY. C. A. 5th Cir. Certio-

rari denied.  JUSTICE WHITE would grant certiorari.  ▮